**2017–0633.   State ex rel. Staats v. Canton.**
In Mandamus. On respondents' motions to dismiss. Motions granted. Cause dismissed. On relator's motion to disregard and strike respondent's response. Motion denied as moot.
O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0661.   State v. Robinson.**
In Habeas Corpus. Sua sponte, cause dismissed. On petitioner's motion for release upon bail during pending proceedings. Motion denied as moot.
O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.
O'CONNOR, C.J., not participating.

**2017–0673.   State ex rel. Knuckles v. Judges of the 4th Dist. & 9th Dist. Courts of Appeals.**
In Mandamus and Procedendo. On respondents' motion to dismiss. Motion granted. Cause dismissed. On motion to dismiss respondents' motion to dismiss. Motion denied.
O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0692.   May v. Dir., Dept. of Job & Family Servs.**
In Mandamus. On respondents' motions to dismiss. Motions granted. Cause dismissed. On relators' motion to amend complaint and join respondent. Motion denied.
O'CONNOR, C.J., and O'NEILL, FISCHER, and DEWINE, JJ., concur.
O'DONNELL, J., dissents and would deny the motions to dismiss, grant the motion to amend complaint and join respondent, and grant an alternative writ.
KENNEDY and FRENCH, JJ., dissent in part and would grant relators' motion to amend complaint and join respondent and would order joined respondent to file an answer to the amended complaint or a motion to dismiss within 21 days of the filing of the complaint.

**2017–0723.   Rock v. Bracy.**
In Habeas Corpus. Sua sponte, cause dismissed. On application for default judgment. Application denied.
O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0745.   Frett v. Marques.**
In Habeas Corpus. Sua sponte, cause dismissed.
O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0746.   Clark v. Adult Parole Auth.**
Miscellaneous case. On respondents' motion to dismiss. Motion granted. Cause dismissed.
O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0772.   State ex rel. Stairhime v. Schmenk.**
In Procedendo. On respondent's motion to dismiss. Motion granted. Cause dismissed.
O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0776.   State ex rel. Johnson v. Gormley.**
In Prohibition. On respondents' motions to dismiss. Motions granted. Cause dismissed. On relator's motion to file correction, motion to invoke discovery, motion for leave of court to be relieved of electronic-filing requirement, motion for default judgment, motion for sanctions, and motion for judicial notice. Motions denied as moot. On respondents' motion to stay discovery. Motion denied as moot.
O'CONNOR, C.J., and O'DONNELL, KENNEDY, O'NEILL, FISCHER, and DEWINE, JJ., concur.
FRENCH, J., dissents in part and would deny the motion to dismiss of respondent Judge David M. Gormley.

**2017–0797.   State ex rel. Totten v. Life–Smith.**
In Mandamus. On respondent's motion for judgment on pleadings. Motion granted. Cause dismissed.
O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0818.   Artripe v. Wetzel.**
In Procedendo. On respondent's motion to dismiss. Motion granted. Cause dismissed.
O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.